U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 20 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOSE LEON GONZALEZ-LONGORIA, JR. | DOCKET NO. 13-CV-1485; SEC. P |
| VERSUS | JUDGE TOM STAGG |
| UNITED STATES OF AMERICA, ET AL. | MAGISTRATE JUDGE KIRK |

O R D E R

Before the court is a petition for writ of mandamus filed by the plaintiff. See Record Document 1. On August 20, 2013, Magistrate Judge James D. Kirk issued a Report and Recommendation, recommending that the plaintiff's petition for writ of mandamus be dismissed as frivolous and for failing to state a claim for which relief could be granted. See Record Document 4. Thereafter, the plaintiff filed an objection to the Report and Recommendation, wherein he requested to withdraw his petition for writ of mandamus. See Record Document 5. The request is granted and the petition for writ of mandamus is hereby **DISMISSED AS MOOT**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 20th day of September, 2013.

JUDGE TOM STAGG
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA